**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NICK RUGGIANO and JAYNNE
STEPHENS,

          Plaintiffs,

v.                                                          Case No:   5:21-cv-581-GAP-PRL

ORLANDO CUSTOM HOME
BUILDERS LLC, SEAN MARKS and
ORLANDO CUSTOM HOME
BUILDERS, INC.,

          Defendants

_____

**ORDER**

This cause comes before the Court on a Report and Recommendation entered by United States Magistrate Judge Daniel C. Irick on August 2, 2022 (Doc. 42), issued after having held a settlement conference with the parties on May 11, 2022.   The parties have filed a Joint Notice of No Objection to the Report and Recommendation (Doc. 43).

Upon consideration, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The Court finds the parties' agreement to be a fair and reasonable settlement of Plaintiffs' claims.

3.     This case is **DISMISSED** with prejudice.

4.     The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Ocala, Florida on August 8, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party